```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
        CIVIL DOCKET ENTRIES FOR CASE A04-0249--CV (RRB)
                   "CHARLES WULF IV ET AL V USA"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 10/08/04
            Closed: NO

      Jurisdiction: (2) U.S. Defendant
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (362) Personal injury - medical malpratice

            Origin: (1) Original Proceeding
            Demand: 9999
        Filing fee: Paid $150.00 on 10/08/04 receipt # 00124163
          Trial by: Court
```

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| PLF 1.1 | WULF, CHARLES IV | James A. Wendt<br>425 G Street, Suite 610<br>Anchorage, AK 99501<br>907-258-9100 |
| PLF 2.1 | WULF, CHARLES III, ESTATE OF | James A. Wendt<br>(see above) |
| DEF 1.1 | UNITED STATES OF AMERICA | Daniel R. Cooper<br>U.S. Attorney's Office<br>222 W. 7th Avenue, #9<br>Anchorage, AK 99513-7567<br>907-271-5071<br>FAX 907-271-2344 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0249--CV (RRB)
                 "CHARLES WULF IV ET AL V USA"

                      For all filing dates
```

    Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:
      Referral Rule:
              Filed: 10/08/04
             Closed: NO

       Jurisdiction: (2) U.S. Defendant
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (362) Personal injury - medical malpratice

             Origin: (1) Original Proceeding
             Demand: 9999
         Filing fee: Paid $150.00 on 10/08/04 receipt # 00124163
           Trial by: Court


| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 10/08/04 | Complaint filed; Summons issued. |
| 2 - 1 | 12/15/04 | RRB Minute Order plf is required to take action as to failure to serve and comply with Rule 4(m).   cc: cnsl |
| NOTE - 1 | 12/16/04 | Issued: re: US Atty Gen. |
| 3 - 1 | 01/05/05 | RRB Minute Order plf is required to take action as to dismissal for failure toser (Warning).  Any def as to whom a proof of service is not on file by 120 days from the filing of the complaint will be dismissed. cc: cnsl |
| 4 - 1 | 01/06/05 | PLF 1-2 Return of Service Executed re: T. Burgess (USA) on 12/20/04 & Atty Gen of U.S. on 12/27/04. |
| 5 - 1 | 02/17/05 | DEF 1 Answer to Complaint. |
| 6 - 1 | 02/23/05 | RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is due w/i 28 days from svc of this ord. cc: cnsl |
| 7 - 1 | 03/07/05 | PLF 1-2; DEF 1 Scheduling and Planning Conference Report. |
| 8 - 1 | 03/14/05 | RRB Scheduling and Planning Order setting pretrial deadlines: Original discovery 11/30/05; Dispositive motions deadline 01/03/06; Estimate of trial 4 days; TBC. cc: cnsl |
| 9 - 1 | 09/30/05 | PLF 1-2 Settlement Notice. |
| 10 - 1 | 10/04/05 | RRB Minute Order that settle docs or stat rpt due w/i 30 days. All pending motions are denied as moot, if any trial date has been set, it is vacated.  cc: cnsl |