# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

  CHARLES WULF, et al   v.   UNITED STATES OF AMERICA

THE HONORABLE RALPH R. BEISTLINE

DEPUTY CLERK                          CASE NO.  3:04-cv-00249-RRB

 CAROLYN BOLLMAN

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**      DATE: June 20, 2007

The court has heretofore entered an order advising the parties of the court's intention to dismiss the above-referenced case based upon representations that the parties have reached a settlement. No party having taken exception to the court's proposal to dismiss the case,

It is hereby ORDERED:

That the above-captioned case is dismissed with prejudice, each party to bear his, her, or its costs and attorney's fees.